UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**PAUL PITTMAN**                                                                                                   **PETITIONER**

**v.**                                                      **No. 4:26-CV-026-DMB-DAS**

**COMMISSIONER OF THE MISSISSIPPI**
**DEPARTMENT OF CORRECTIONS (MDOC), et al.**                       **RESPONDENTS**

**ORDER**

The Petitioner, Paul Pittman has submitted a document that the court construes as a petition for a writ of *habeas corpus* under 28 U.S.C. §2254. The Petitioner has not, however, used the court's standard form for such petitions. The court uses these forms for the expeditious administration of *habeas corpus* petitions. As such, the petitioner must complete and return the enclosed form within 21 days. Failure to do so may lead to the dismissal of this case without prejudice.

**SO ORDERED**, this, the 27th day of February, 2026.

                                                                    /s/ David A. Sanders
                                                                    UNITED STATES MAGISTRATE JUDGE