**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

**PAUL PITTMAN**                                                                    **PETITIONER**

**V.**                                                               **NO. 4:26-CV-26-DMB-DAS**

**COMMISSIONER OF THE
MISSISSIPPI DEPARTMENT OF
CORRECTIONS, et al.**                                                        **RESPONDENTS**

**ORDER**

On December 1, 2025, Paul Pittman filed a pro se petition for a writ of habeas corpus under 28 U.S.C. § 2254 in the United States District Court for the Southern District of Mississippi, alleging that "his sentence has long expired, was based upon a manufactured indictment, and his conviction and continued confinement violate the fifth, sixth and fourteenth Amendments to the United States Constitution." Doc. #1 at 1–2. The case was transferred to the Northern District of Mississippi by order issued February 27, 2026, since Pittman "contests his convictions and sentences received in the Circuit Court of Leflore County, Mississippi [and] Leflore County is located in the Northern District of Mississippi." Doc. #4 at 1.

On February 27, 2026, the Court entered an order requiring Pittman to submit within twenty-one days the standard habeas petition form, warning Pittman that failure to comply with the order could result in the dismissal of this case without prejudice. Doc. #7. Despite this warning, Pittman failed to return the standard form, and the deadline to do so has passed. So, pursuant to Federal Rule of Civil Procedure 41(b), for Pittman's failure to prosecute his claims and failure to comply with a court order, this case is **DISMISSED without prejudice**.

**SO ORDERED**, this 30th day of April, 2026.

/s/Debra M. Brown

**UNITED STATES DISTRICT JUDGE**