**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**GREENVILLE DIVISION**

**PAUL PITTMAN**                                                    **PETITIONER**

**V.**                                                    **NO. 4:26-CV-26-DMB-DAS**

**COMMISSIONER OF THE**
**MISSISSIPPI DEPARTMENT OF**
**CORRECTIONS, et al.**                                    **RESPONDENTS**

## FINAL JUDGMENT

In accordance with the order entered this date, this case is dismissed without prejudice.

**SO ORDERED**, this 30th day of April, 2026.

/s/Debra M. Brown
**UNITED STATES DISTRICT JUDGE**